# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOE HOUSTON,**
               Plaintiff,

v.                                            Case No. 6:04-cv-230-Orl-19JGG

**NARESHWER CORP.,**
               Defendant.

___

## RELATED CASE ORDER
## AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than eleven days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(c), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case. All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases. Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report. The parties shall utilize the Case Management Report form located at the Court's website **www.flmd.uscourts.gov** under 'Judicial Information' and under assigned Judge Patricia C. Fawsett, Chief United States District Judge. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting. Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B). *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party*

*no later than eleven days after appearance of the party.*

February 25, 2004

| | |
|---|---|
| \_\_\_\_PATRICIA C. FAWSETT\_\_\_\_<br>Patricia C. Fawsett [19]<br>Chief United States District Judge | \_\_\_\_ANNE C. CONWAY\_\_\_\_<br>Anne C. Conway [22]<br>United States District Judge |
| \_\_\_\_JOHN ANTOON II\_\_\_\_<br>John Antoon II [28]<br>United States District Judge | \_\_\_\_GREGORY A. PRESNELL\_\_\_\_<br>Gregory A. Presnell [31]<br>United States District Judge |
| \_\_\_\_GEORGE C. YOUNG\_\_\_\_<br>George C. Young [06]<br>Senior United States District Judge | \_\_\_\_G. KENDALL SHARP\_\_\_\_<br>G. Kendall Sharp [18]<br>Senior United States District Judge |
| \_\_\_\_DAVID A. BAKER\_\_\_\_<br>David A. Baker [DAB]<br>United States Magistrate Judge | \_\_\_\_JAMES G. GLAZEBROOK\_\_\_\_<br>James G. Glazebrook [JGG]<br>United States Magistrate Judge |
| \_\_\_\_KARLA R. SPAULDING\_\_\_\_<br>Karla R. Spaulding [KRS]<br>United States Magistrate Judge | |

Attachments:  Notice of Pendency of Other Actions [mandatory form]
   Magistrate Judge Consent / Letter to Counsel
   Magistrate Judge Consent Form / Entire Case
   Magistrate Judge Consent / Specified Motions

Web Case Management Form: www.flmd.uscourts.gov [mandatory form]

Copies to:   All Counsel of Record
   All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOE HOUSTON,**

        **Plaintiff,**

v.                                                   **Case No. 6:04-cv-230-Orl-19JGG**

**NARESHWER CORP.,**

        **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____    IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Dear Counsel:

Enclosed with this letter is a communication from the Clerk of this Court affording you the opportunity, with the approval of the U.S. District Judge, to consent to the reference of any part or all of the proceedings in this case to a U.S. Magistrate Judge, including reference for final disposition.

Careful consideration should be given to this option.

To assist the federal courts in coping with dramatically increased caseloads, Congress authorized the reference to a U.S. Magistrate Judge of any part or all of the proceedings in a civil case, both jury and non-jury, upon consent of all parties (28 U.S.C. § 636(c). All of the U.S. District Judges in this District refer cases under this provision to our able and experienced U.S. Magistrate Judges who are almost always able to schedule early and firm trial dates in accordance with the needs of the parties.

Whether to consent to a reference to a U.S. Magistrate Judge is entirely up to you and your client. This case has not been specifically selected for this program; the Clerk sends out this notice in every civil case. If a party declines to consent to a reference, that fact is known only to the Clerk and not to any of the District or Magistrate Judges.

This program has proved to be of great benefit to counsel, client, and the Court.

Sincerely yours,

Patricia C. Fawsett, Chief Judge

Hon. Richard A. Lazzara

Hon. Elizabeth A. Kovachevich

Hon. James D. Whittemore

Hon. Ralph W. Nimmons, Jr.

Hon. John Antoon, II

Hon. Harvey E. Schlesinger

Hon. John E. Steele

Hon. Anne C. Conway

Hon. James S. Moody, Jr.

Hon. Steven D. Merryday

Hon. Gregory A. Presnell

Hon. Susan C. Bucklew

Hon. Timothy J. Corrigan

Hon. Henry Lee Adams, Jr.

AO 85 (Rev. 8/98) Notice, Consent and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOE HOUSTON,**
                        **Plaintiff,**

v.                                              Case No. 6:04-cv-230-Orl-19JGG

**NARESHWER CORP.,**
                        **Defendant.**

___

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including, the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### ORDER OF REFERENCE

IT IS **ORDERED** that this case be referred to the UNITED STATES MAGISTRATE JUDGE for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

| _____ | _____ |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOE HOUSTON,

                Plaintiff,

v.                                                      Case No. 6:04-cv-230-Orl-19JGG

NARESHWER CORP.,

                Defendant.

## CONSENT TO EXERCISE JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C. § 636(b)(1)(B)

### CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S)        _____

                         _____

| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### ORDER OF REFERENCE

**IT IS ORDERED** that the above motions(s) be referred to the United States Magistrate Judge assigned to this case to conduct all proceedings and enter a final order on such motions(s) in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.

_____                                                                      _____

Date                                                                                                                                                                  United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

FILE COPY

Date Printed: 02/25/2004

Notice sent to:

    ___  Samuel Rogatinsky, Esq.
         Fistel & Rogatinsky, LLP
         103 N.E. 4th St.
         Ft. Lauderdale, FL   33301

         6:04-cv-00230    nbl