UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE HOSTON

        Plaintiff,

v.

Case No: 6:04-cv-230-Orl-19JGG

NARESHWER CORP.

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case(s) filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: This 4th day of March, 2004.

                        **FISTEL & ROGATINSKY, LLP**
                        Attorney for Plaintiff
                        103 NE 4th Street
                        Fort Lauderdale, FL 33301
                        Ph:(954) 522-1212 Fax:(954) 522-1249
                        By:_____
                            SAM ROGATINSKY, ESQ.
                            Florida Bar No.: 0021490