UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:04-CV-230-ORL-19-JG-G

**JOE HOUSTON**

      Plaintiff,

v.

**NARESHWER CORP**

      Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

COMES NOW, the Defendant, **NARESHWER CORP,** by and through its undersigned counsel, and files this Answer and Affirmative Defenses and states as follows:

1. Admitted for jurisdictional purposes only; Specifically denied as to any violations of the ADA or any other laws.

2. Admitted for venue purposes only; Specifically denied as to any violations of the ADA or any other laws.

3. Admitted;

4. The ADA speaks for itself; to the extent a more specific answer to the allegations of this paragraph is sought, the Defendant is without knowledge as to the allegations and therefore denies the same.

5. The ADA speaks for itself; to the extent a more specific answer to the allegations of this paragraph is sought, the Defendant is without knowledge as to the allegations and therefore denies the same.

6. The ADA speaks for itself; to the extent a more specific answer to the allegations of this paragraph is sought, the Defendant is without knowledge as to the allegations and therefore denies the same.



7. Without knowledge as to the condition of the Plaintiff; Denied as to the remainder;

8. Denied;

9. Denied;

10. Denied;

11. Denied;

12. Admitted that the Defendant has an interest in the subject property; Denied that all of the regulations of the ADA apply to the Defendant; Denied as to the remainder;

13. The ADA and the regulations speak for themselves; to the extent a more specific answer to the allegations of this paragraph is sought, the Defendant is without knowledge as to the allegations and therefore denies the same.

14. The ADA and the regulations speak for themselves; to the extent a more specific answer to the allegations of this paragraph is sought, the Defendant is without knowledge as to the allegations and therefore denies the same.

15. Denied;

16. Denied as to all allegations and sub-parts;

17. Denied;

18. Denied;

19. Without knowledge, therefore, Denied;

20. Denied;

21. Denied;

22. Admitted as to the Court's jurisdiction; Denied as to the appropriateness of said relief; Denied as to the remainder;

## FIRST AFFIRMATIVE DEFENSE

The Defendant has all times acted in good faith with the belief that it has complied with all applicable regulations and statutes.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff has maintained its premises in substantial accordance with the mandates of the ADA as the same apply to its premises; any changes suggested by the Plaintiffs are not readily achievable or easily accomplishable, and therefore, not required by the ADA.

## THIRD AFFIRMATIVE DEFENSE

The Defendant's premises were constructed prior to implementation of the ADA and the retrofit sought by the Plaintiffs is not readily achievable nor easily accomplishable as those terms are defined by the ADA and its interpretation.

## FOURTH AFFIRMATIVE DEFENSE

The relief sought by the Plaintiff would present an undue burden and/or hardship on the Defendant.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff failed to fulfil conditions precedent to the maintenance of this action, namely providing any notice to the Defendant or exhausting any appropriate state remedies.

## SIXTH AFFIRMATIVE DEFENSE

The Defendant has never sought to avail himself to any goods or services on the premises, nor does he intend to do so in the future, rather his only purpose in visiting the premises was to search for alleged violations of the ADA to enable him to maintain this action.

## DEMAND FOR ATTORNEYS FEES

The Defendant has had to retain the undersigned Counsel and is obligated to pay the same a reasonable attorney's fee. The Defendant is entitled to an award of its attorneys fees and costs

## DEMAND FOR JURY TRIAL

The Defendant, NARESHWER CORP, demands trial by jury on all issues so triable.

WHEREFORE, the Defendant, NARESHWER CORP , demands judgment in its favor plus an award of attorneys fees and costs and trial by jury on all issues so triable.

LAW OFFICES OF DAVID S. COHEN, LC

_____
David S. Cohen, Esquire
5728 Major Boulevard, Suite 550
Orlando, Florida 32819
(407) 354-3420
(407) 354-3840
Florida Bar No. 0970638

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17 day of March, 2004 a true and correct copy of the foregoing instrument was sent via U.S. Mail and facsimile (954) 522-1249 to Samuel Rogatinsky, Esquire, FISTEL & ROGATINSKY, LLP, 103 N.E. 4th Street, Fort Lauderdale, FL 33301.

_____
David S. Cohen, Esquire