UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:04-CV-230-ORL-19-JG-G

**JOE HOUSTON**

    Plaintiff,

v.

**NARESHWER CORP**

    Defendant.

_____/

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, NARESHWER, CORP.**,** by and through its undersigned counsel, and pursuant to Rule 56(b), Fed. R. Civ. Pro. files this Motion for Summary Judgment and as grounds thereof states as follows:

1. The Plaintiff brings this action seeking injunctive relief for alleged violations of Title III of the Americans With Disabilities Act, 42 U.S.C. § 12101 et. seq., hereinafter "ADA".

2. Within the nine day period February 23, 2004 to March 3, 2004, the Plaintiff filed 28 ADA cases in the Orlando Division of the United States District Court, Middle District, Florida. Since that time, the Defendant has filed at least 11 additional suits in the Jacksonville Division of the Court.

3. The Defendant, Nareshwer Corp., operates a small motel located on US Highway 192 in Kissimmee, Fl.

4. At no time did the Plaintiff ever make a reservation for stay, register as a guest or otherwise attempt to obtain lodging at the Defendant's motel.

5. Rather, as indicated in the Plaintiff's Answers to the Court's Interrogatories, he made a generalized visit to the Orlando area in late December 2003 and January, 2004, and thereafter returned in February of 2004 with his attorney to take pictures of the Defendant's motel. The only time he states he actually visited the property was with counsel during the February visit.

6. Although the undersigned counsel has not reviewed the Plaintiff's responses to the Court's interrogatories in each of the 28 cases filed within the 9 day period identified above, the undersigned is counsel of record in five of those cases and has reviewed the responses in each of those five case, which responses are substantially similar.

7. Based on the allegations of the Plaintiff's Complaint, the Answers to Interrogatories on file in this case and others pending in this Division, and the records of this Court indicating approximately 40 cases currently pending in this District alone, it is clear the Plaintiff never attempted to stay at the Defendant's motel and has no real intent to stay in the hotel in the future.

8. Based on the foregoing, it is clear the Defendant can not establish a credible future threat of discrimination, and therefore lacks standing to maintain this action.

9. As the Plaintiff, lacks standing to maintain this action, the Defendant is entitled to Judgment in its favor as a matter of law.

10. A Memorandum of Law in support of this Motion and an Affidavit will be filed under separate cover.

WHEREFORE, the Defendant, NARESHWER CORP., respectfully requests this Honorable Court enter summary judgment in its favor and to award such further and supplemental relief as may be deemed appropriate.

LAW OFFICES OF DAVID S. COHEN, LC

s/ David S. Cohen
David S. Cohen, Esquire
5728 Major Boulevard, Suite 550
Orlando, Florida 32819
(407) 354-3420
(407) 354-3840
Florida Bar No. 0970638

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2004 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Samuel Rogatinsky, Esquire, FISTEL & ROGATINSKY, LLP, 103 N.E. 4th Street, Fort Lauderdale, FL 33301.

s/ David S. Cohen
David S. Cohen, Esquire